**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  : Chapter 13
    Hernandez, Rosalind

    Debtor(s)                    :    17-14646

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

    The Debtors hereby withdraw the document captioned First Amended Plan (docket entry 16) filed by Debtor *as incorrect.*

Date:  January 7, 2018

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor