**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

    **Hernandez, Rosalind**                : Chapter 13

    **Debtor**                :  17-14646

: Hearing Date, Time and Place:

> **Date: February 27, 2018**
> **Time: 11:00 AM**
> **United States Bankruptcy Court**
> **900 Market Street**
> **Philadelphia, PA 19107**
> **Court Room #5**

### NOTICE MOTION, RESPONSE DEADLINE AND HEARING DATE

The above-named debtor has filed a motion with the court to Approve Mortgage Modification.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

**1.    If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 13, 2018, you or your attorney must do <u>all</u> the following:**

(a) file answer explaining your position at

U.S. Bankruptcy Court, Clerk's Office
Robert C. Nix Building
900 Market Street
Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

John L. McClain, Esquire
John L. McClain & Associates, P.C.
P.O. Box 123
 Narberth, PA  19072
Telephone: (215) 893-9357
Fax No.:   (888) 857-1967

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable  Ashely M.

**Chan on February 27, 2018 at 11:00 A.M. in Courtroom 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE:   January 23, 2018