**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Hernandez, Rosalind** | : Chapter 13 |
| **Debtor** | : 17-14646 |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Motion to Approve Mortgage Modification, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on  January 23, 2018.

"/s/"Mitchell J.Prince
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

PHFA
211 N. Front Street
Harrisburg, PA 17101

PHFA
c/o Kevin McDonald
KML Law Group, P.C.
701 Market Street, STE 5000
Philadelphia, PA 19106

Hernandez, Rosalind
8231 Craig Street
Philadelphia, PA 19136