IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Hernandez, Rosalind     : Chapter 13

Debtor     : 17-14646

## ORDER

**AND NOW**, this _27th_ day of _Feb_, 2018, it is hereby **ORDERED** that if Rosalind Hernandez (the "Debtor") and Pennsylvania Housing Finance Agency ("Mortgagee") elect to enter into the proposed trial and thereafter permanent loan modification under the terms proposed by Mortgagee in the trial modification, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay or the provisions of 11 U.S. C. Section 362.

_____
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Hernandez, Rosalind
8231 Craig Street
Philadelphia, PA 19136

PHFA
211 N. Front Street
Harrisburg, PA 17101

PHFA
c/o Kevin McDonald
KML Law Group, P.C.
701 Market Street, STE 5000
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107