United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rosalind Hernandez  
    Debtor

Case No. 17-14646-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 28, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db          +Rosalind Hernandez,   8231 Craig Street,   Philadelphia, PA 19136-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:  
       JOHN L. MCCLAIN   on behalf of Debtor Rosalind  Hernandez aaamcclain@aol.com, edpabankcourt@aol.com  
       LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                           TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Hernandez, Rosalind                                : Chapter 13

    Debtor                                        : 17-14646

### ORDER

AND NOW, this _27th_ day of _Feb_, 2018, it is hereby **ORDERED** that if Rosalind Hernandez (the "Debtor") and Pennsylvania Housing Finance Agency ("Mortgagee") elect to enter into the proposed trial and thereafter permanent loan modification under the terms proposed by Mortgagee in the trial modification, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay or the provisions of 11 U.S. C. Section 362.

_____
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Hernandez, Rosalind
8231 Craig Street
Philadelphia, PA 19136

PHFA
211 N. Front Street
Harrisburg, PA 17101

PHFA
c/o Kevin McDonald
KML Law Group, P.C.
701 Market Street, STE 5000
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107