```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 17-14646-amc
Rosalind Hernandez                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 2            Date Rcvd: Mar 14, 2018
                              Form ID: pdf900           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
```
db             +Rosalind Hernandez,    8231 Craig Street,     Philadelphia, PA 19136-2304
13948714       +Barclays Bank Delaware,    100 S West St,     Wilmington, DE 19801-5015
13948715       +Berkshire Bank,    Po Box 472,    Kingston, NJ 08528-0472
13948716       +Chase Card,    Attn: Correspondence Dept,     PO Box 15298,   Wilmington, DE 19850-5298
13948717        First Premier Bank,    601 S Minneaplois Ave,     Dious FDalls, SD 57104
13948718       +John L. McClain and Associates,    PO Box 123,     Narberth, PA 19072-0123
13948719       +KML Law Group, PC,    701 Market Street,     Philadelphia, PA 19106-1538
13948720       +Mercy Physician Practice Network,    PO Box 824270,     Philadelphia, PA 19182-4270
13967364       +Navient Solutions, LLC. on behalf of,     PHEAA,    PO BOX 8147,   Harrisburg, PA 17105-8147
13948723       +Nazareth Hospital,    P.O. Box 7777W-0475,    Philadelphia, PA 19175-0001
13948725       +Philadelphia Fire Department,    825 Tech Center Drive,     Ste 200,   Gahana, OH 43230-6653
13948728       +Verizon,    Verizon Wireless Bankruptcy Administrati,     500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 15 2018 01:48:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2018 01:48:24
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2018 01:48:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Mar 15 2018 01:48:35     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101,   U.S.A. 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 01:44:13     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14013396        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2018 01:52:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13948722       +E-mail/PDF: pa_dc_claims@navient.com Mar 15 2018 01:43:54     Navient,   Attn: Claims Dept,
                 PO Box 9500,   Wilkes- Barr, PA 18773-9500
13948721       +E-mail/PDF: pa_dc_claims@navient.com Mar 15 2018 01:44:03     Navient,   Attn: Bankruptcy,
                 PO Box 9500,   Wilkes-Barr, PA 18773-9500
14033005       +E-mail/Text: blegal@phfa.org Mar 15 2018 01:48:35     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 N. Front Street,   Harrisburg, PA 17101-1406
13948792       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 01:44:12
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13948724       +E-mail/Text: blegal@phfa.org Mar 15 2018 01:48:35     Pa Housing Finance Age,   PO Box 8029,
                 Harrisburg, PA 17105-8029
13994049       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 15 2018 01:48:40     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
13973479       +E-mail/Text: ebn_bkrt_forms@salliemae.com Mar 15 2018 01:49:06     Sallie Mae,   P.O box 3319,
                 Wilmington, DE 19804-4319
13948727       +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 01:52:24     Synchrony Bank/TJX,
                 Attn: Bankruptcy,    PO Box 956060,   Orlando, FL 32896-0001
13984220        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 15 2018 01:52:28     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13948726*      +Rosalind Hernandez,    8231 Craig Street,    Philadelphia, PA 19136-2304
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Mar 14, 2018
                              Form ID: pdf900              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Rosalind  Hernandez aaamcclain@aol.com,
               edpabankcourt@aol.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

In re                               :         Chapter 13

ROSALIND HERNANDEZ

   Debtor(s)
                                    :         Bankruptcy No. 17-14646AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 14th day of March, 2018 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that
 A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
 C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
 D. the plan has been proposed in good faith and not by any means forbidden by law;
 E. the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
 F. with respect to each allowed secured claim provided for by the plan-
  (1) the holder of such claim has accepted the plan;
  (2) (a) the plan provides that the holder of such claim retain the lien securing such claim, and
    (b) the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
  (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
 G. the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
1. that the plan is CONFIRMED
2. that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
3. that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

                _____
                Honorable Ashely M. Chan
                United States Bankruptcy Judge