United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-14646-amc
Rosalind Hernandez                                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 04, 2018
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db             +Rosalind Hernandez,    8231 Craig Street,    Philadelphia, PA 19136-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
        JOHN L. MCCLAIN    on behalf of Debtor Rosalind  Hernandez aaamcclain@aol.com, edpabankcourt@aol.com
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                 TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          : Chapter 13
    Hernandez, Rosalind

        Debtor                 :  17-14646

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this  4th   day of  April      , 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $4,000.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $3,000.00 and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Hernandez, Rosalind
8231 Craig Street
Philadelphia, PA 19136