**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:** : **Chapter 13**
  **Hernandez, Rosalind**

  **Debtor** : **17-14646**

**ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this  6th  day of  July      , 2018, upon consideration of

the foregoing Supplemental Application for Compensation and Reimbursement

of Expenses for Services Performed After Confirmation, IT IS HEREBY

   ORDERED that the Application is granted and, further, the unpaid balance of

$1,250.00   of the legal fees and incurred expenses shall be paid through

debtor's Chapter 13 Plan/by debtor through the office of the Chapter 13 trustee

as an administrative priority expense.

_____
Ashely M. Chan
United States Bankruptcy Judge