```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 17-14646-mdc
Rosalind Hernandez                                                  Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: TashaD              Page 1 of 2               Date Rcvd: Jul 16, 2020
                              Form ID: 138NEW           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Rosalind Hernandez,    8231 Craig Street,    Philadelphia, PA 19136-2304
13948714       +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13948715       +Berkshire Bank,    Po Box 472,   Kingston, NJ 08528-0472
14110403        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13948717        First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
13948718       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13948719       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13948720       +Mercy Physician Practice Network,    PO Box 824270,    Philadelphia, PA 19182-4270
13967364       +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
13948723       +Nazareth Hospital,    P.O. Box 7777W-0475,    Philadelphia, PA 19175-0001
13948725       +Philadelphia Fire Department,    825 Tech Center Drive,    Ste 200,    Gahana, OH 43230-6653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:34:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:33:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2020 04:33:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Jul 17 2020 04:33:49      Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 04:38:18      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13948716        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 04:38:28      Chase Card,
                 Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850
14013396        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 04:37:46
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13948722       +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2020 04:37:45      Navient,    Attn: Claims Dept,
                 PO Box 9500,    Wilkes- Barr, PA 18773-9500
13948721       +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2020 04:37:45      Navient,    Attn: Bankruptcy,
                 PO Box 9500,    Wilkes-Barr, PA 18773-9500
14033005       +E-mail/Text: blegal@phfa.org Jul 17 2020 04:33:48      PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 N. Front Street,    Harrisburg, PA 17101-1406
13948792       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 05:00:33
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13948724       +E-mail/Text: blegal@phfa.org Jul 17 2020 04:33:48      Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13994049       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2020 04:33:53      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13973479       +E-mail/Text: ebn_bkrt_forms@salliemae.com Jul 17 2020 04:34:16      Sallie Mae,    P.O box 3319,
                 Wilmington, DE 19804-4319
13948727       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 04:37:50      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-0001
13948728       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2020 04:33:18
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13984220        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2020 04:37:49      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Educational Credit Management Corp.,    P.O. Box 16408,    St. Paul, MN  55116-0408
13948726*      +Rosalind Hernandez,    8231 Craig Street,    Philadelphia, PA 19136-2304
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                 Signature:   /s/Joseph Speetjens

```
District/off: 0313-2           User: TashaD              Page 2 of 2                   Date Rcvd: Jul 16, 2020
                               Form ID: 138NEW           Total Noticed: 28
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Rosalind  Hernandez aaamcclain@aol.com,
               edpabankcourt@aol.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Rosalind Hernandez
       Debtor(s)                                          Bankruptcy No: 17−14646−mdc
                                                                               Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                   Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                 For The Court
                                                             Timothy B. McGrath
                                                               Clerk of Court

Dated: 7/16/20

                                                                                                        46 − 45
                                                                             Form 138_new