17. 14646

December 11, 2023

US Bankruptcy Court
900 Market St
Phila, PA Suite 400

Dear Manager,
    Please send me a letter on your
letterhead stationary with my name
and date of bankruptcy discharge.
I am almost 75 years old, and cannot
make it downtown right now.
    Thank you so very much. I need
it for a mortgage matter. Have a
blest New Year. (Bankruptcy was about 5
                                years ago)
Sincerely,
Rosalin J Hernandez (ss ending 1748
8231 Craig St
Phila, PA 19136
267-334-1063